P. WALKER MORRISON et al., as Trustees, Appellants, *v.* NEW YORK RAPID TRANSIT CORPORATION et al., Respondents.

Argued April 16, 1940; decided May 21, 1940.

*Philip M. Kleinfeld, Barnet Kaprow* and *David L. Weissman* for appellants.

*Trabue Carswell, William W. Spear* and *W. Harry Sefton* for New York Rapid Transit Corporation, respondent.

*Burt L. Rich* and *Daniel Miner* for Faircroft Engineering Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.